[60 NE3d 411, 38 NYS3d 516]

HECTOR TAVERAS, Respondent, v 1149 WEBSTER REALTY CORP. et al., Appellants.

Decided September 13, 2016

**APPEARANCES OF COUNSEL**

*Gannon, Rosenfarb & Drossman*, New York City (*Lisa L. Gokhulsingh* of counsel), for 1149 Webster Realty Corp., appellant.

*Law Offices of Michael E. Pressman*, New York City (*Stuart B. Cholewa* of counsel), for A&K Convenience Store, Inc., appellant.

*Pollack, Pollack, Isaac & DeCicco, LLP*, New York City (*Brian J. Isaac* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and certified question answered in the affirmative. Defendants failed to satisfy their burden of establishing entitlement to judgment as a matter of law.

Concur: Chief Judge DiFIORE and Judges PIGOTT, RIVERA, ABDUS-SALAAM, STEIN, FAHEY and GARCIA.